UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80815-CIV-CANNON

**CITIZENS BANK, N.A.,**

    Plaintiff,

vs.

**JES GLOBAL CAPITAL II, L.P.;**
**JES GLOBAL CAPITAL GP II, LLC; and**
**ELLIOT S. SMERLING**,

    Defendants.
_____/

**DECLARATION OF JAMES FELTMAN IN SUPPORT OF
THE RECEIVER'S MOTION FOR ORDER TO EXPAND RECEIVERSHIP
PROPERTY TO INCLUDE ASSETS HELD BY SUBSIDIARIES AND
AFFILIATES AND NOTICE OF CONCERN ARISING FROM S.D.N.Y. LITIGATION**

JAMES FELTMAN declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am the court-appointed Receiver (the "Receiver") in the above-captioned action. I submit this Declaration in support of the *Receiver's Motion for Order to Expand Receivership Property to Include Assets Held by Subsidiaries and Affiliates and Notice of Concern Arising from S.D.N.Y. Litigation* (the "Motion") filed contemporaneously herewith.

2. The Receiver's concern for which notice is concurrently being given within the Motion arises from recent filings made by Silicon Valley Bank ("SVB") in the action captioned, *Silicon Valley Bank* v. *JES Global Capital GP III, LLC and Elliot S. Smerling*, Case No. 1:21-cv-02552-JPC, currently pending in the United States District Court for the Southern District of New York ("S.D.N.Y. Litigation").

3. Pursuant to the *Order Appointing Receiver* entered by this Court on May 14, 2021 [ECF No. 28] (the "Receivership Order"), I and my counsel in this matter have had multiple

10606500-5

communications with counsel for George Campagna, the manager of certain of the Receivership Defendant Smerling-controlled entities and an insider to the Receivership Defendants.

4. According to Florida public records, Mr. Campagna was the manager of a Florida-based entity, Canes Nineteen, LLC, which is owned and controlled by Defendant Elliot S. Smerling. According to Florida public records, Canes Nineteen, LLC, in turn, is the manager of numerous other "Canes" entities including, as relevant here, Canes One, LLC, Canes Two, LLC, Canes Twelve, LLC, and Canes Fourteen, LLC. In addition, Defendant Elliot S. Smerling is a manager of Canes One, LLC, Canes Two, LLC, Canes Twelve, LLC, and Canes Fourteen, LLC. In responding to the requests of myself and my counsel pursuant to the Receivership Order, Mr. Campagna's counsel produced on May 17, 2021 certain corporate and business records for these Canes entities that, upon information and belief, were in his possession as a result of his role as manager of Canes Nineteen, LLC, and thus the various other Canes entities.

5. Attached as **Exhibit "1"** hereto is a true and correct copy of a Limited Liability Company Affidavit, dated September 25, 2019 and executed by Richard S. Annunziata as manager of Canes Fourteen, LLC, bearing beginning Bates GCSVB008607. The Affidavit states, *inter alia*, that Canes Fourteen, LLC "is the fee simple owner of the real property in Palm Beach County, Florida, to wit . . . 11353 Manatee Terrace, Lake Worth, FL 33449."

6. Attached as **Exhibit "2"** hereto is a true and correct copy of a Warranty Deed dated June 30, 2018, retrieved on May 26, 2021 from the Official Records website maintained by the Palm Beach County Clerk, which identifies Canes Fourteen, LLC as the Grantee of the property at 11353 Manatee Terrace.

7. Attached as **Exhibit "3"** hereto is a true and correct copy of a Florida Residential Lease Agreement, dated April 1, 2020 and executed by Richard S. Annunziata as manager of Canes Two, LLC, bearing beginning Bates GCSVB008509. The Agreement states, *inter alia*, that Canes

Two, LLC "is the fee owner of certain real property . . . having a street address of 3049 Hartridge Terrace, Wellington, FL 33414."

8. Attached as **Exhibit "4"** hereto is a true and correct copy of a Warranty Deed dated February 21, 2018, retrieved on May 26, 2021 from the Official Records website maintained by the Palm Beach County Clerk, which identifies Canes Two, LLC as the Grantee of the property at 3049 Hartridge Terrace.

9. Attached as **Exhibit "5"** is a true and correct copy of a Certificate of Title for a 2018 Alfa Romeo vehicle, Title No. 131399933, VIN ZARFAEAV7J7584118, bearing beginning Bates GCSVB005242, which identifies Canes Twelve, LLC as the registered owner. Attached as **Exhibit "6"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

10. Attached as **Exhibit "7"** is a true and correct copy of an Application for Certificate of Title for a 2021 Audi vehicle, VIN WA1CWBF14MD010921, bearing beginning Bates GCSVB008311, which identifies Canes Twelve, LLC as the owner. Attached as **Exhibit "8"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above- described vehicle, Title No. 140552418, is active and that the vehicle has one owner.

11. Attached as **Exhibit "9"** is a true and correct copy of a Florida Vehicle Registration that expires in June, 2022, for a 2020 Cadillac vehicle, Title No. 138299590, VIN 1GYS4KKJ6LR274988, bearing beginning Bates GCSVB008807, which identifies Canes Twelve, LLC as the owner. Attached as **Exhibit "10"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and

Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

12. Attached as **Exhibit "11"** is a true and correct copy of a Florida Vehicle Registration that expired during November, 2020, for a 2020 Corvette, VIN 1G1Y83D41L5113207, bearing beginning Bates GCSVB008806, which identifies Canes Twelve, LLC as the owner. Attached as **Exhibit "12"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle, Title No. 140335076, is active and that the vehicle has one owner.

13. Attached as **Exhibit "13"** is a true and correct copy of a Certificate of Title for a 2017 Ferrari vehicle, Title No. 125927334, VIN ZFF77XJA1H0223395, bearing beginning Bates GCSVB005232, which identifies Canes Twelve, LLC as the registered owner. Attached as **Exhibit "14"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

14. Attached as **Exhibit "15"** is a true and correct copy of a Certificate of Title for a 2014 Ford vehicle, Title No. 121467098, VIN 1FTFW1R65EFC08045, bearing beginning Bates GCSVB005234, which identifies Canes Twelve, LLC as the registered owner. Attached as **Exhibit "16"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

15. Attached as **Exhibit "17"** is a true and correct copy of a Certificate of Title for a 1991 Harley Davidson vehicle, Title No. 75219688, VIN 1HD1BML15MY023788, bearing beginning Bates GCSVB005228, which identifies Canes Twelve, LLC as the registered owner.

Attached as **Exhibit "18"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

16. Attached is **Exhibit "19"** is a true and correct copy of a Certificate of Title for a 2016 Land Rover vehicle, Title No. 120959919, VIN SALAK2V66GA792286, bearing beginning Bates GCSVB004067, which identifies Canes Twelve, LLC as the registered owner. Attached as **Exhibit "20"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

17. Attached as **Exhibit "21"** is a true and correct copy of a Certificate of Title for a 2017 Mercedes vehicle, Title No. 133742999, VIN WDCYC7DFXHX267273, bearing beginning Bates GCSVB005224, which identifies Canes Twelve, LLC as the registered owner. Attached as **Exhibit "22"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

18. Attached as **Exhibit "23"** is a true and correct copy of a Certificate of Title for a 2017 Polaris vehicle, Title No. 125535991, VIN 3NSRHE996HH872889, bearing beginning Bates GCSVB005240, which identifies Canes Twelve, LLC as the registered owner. Attached as **Exhibit "24"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

19. Attached as **Exhibit "25"** is a true and correct copy of a Certificate of Title for a 2017 Porsche vehicle, Title No. 136140513, VIN WP0BF2A76HL187026, bearing beginning

Bates GCSVB004457, which identified Canes Twelve, LLC as the registered owner. Attached as **Exhibit "26"** is a true copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

20. Attached as **Exhibit "27"** is a true and correct copy of a Certificate of Title for a 1996 Triumph vehicle, Title No. 68442707, VIN SMT395DJ3TJ030774, bearing beginning Bates GCSVB005230, which identified Canes Twelve, LLC as the registered owner. Attached as **Exhibit "28"** is a true and correct copy of a Vehicle Information Check, retrieved from the website of the Florida Department of Highway Safety and Motor Vehicles on June 2, 2021, which states that the Title for the above-described vehicle is active and that the vehicle has one owner.

21. Attached as **Exhibit "29"** hereto is a true and correct copy of a Warranty Deed dated April 24, 2017, retrieved on May 26, 2021 from the Official Records website maintained by the Palm Beach County Clerk, which identifies J Rose Consulting LLC as the grantee of the property at 11350 Manatee Terrace, Lake Worth, Florida. Jennifer Hebrock, a former employee of one or both of the Entity Defendants, owns and controls J. Rose Consulting LLC.

22. Attached as **Exhibit "30"** hereto is a true and correct copy of the Mortgage and Security Agreement dated April 24, 2017, retrieved on May 26, 2021 from the Official Records website maintained by the Palm Beach County Clerk, which identifies Hurricanes One LLC (an entity which was owned or controlled by Elliot Smerling) as the mortgagee of a mortgage in the principal amount of $500,000.00 made to J Rose Consulting LLC.

23. Attached as **Exhibit "31"** hereto is a true and correct copy of the Second Mortgage Modification Agreement dated April 24, 2020, retrieved on May 26, 2021 from the Official Records website maintained by the Palm Beach County Clerk, which identifies Canes One LLC as

the mortgagee of a mortgage in the principal amount of $500,000.00 made to J Rose Consulting LLC.

24. After I served of the Receivership Order on Mrs. Smerling and her counsel, Jason Slatkin, Esq., I and my counsel began coordinating with Smerling's wife, Elaine Smerling, through counsel, Jason Slatkin, Esq., for the turnover of Smerling Assets, including one or more of the vehicles at issues. Mr. Slatkin has stated to me and my counsel that Mrs. Smerling wishes to retain the Cadillac Escalade but would be agreeable with coordinating with me and my counsel for the retrieval of the other vehicles and motorcycles for safe keeping pending further Order of this Court.

25. Similarly, Mr. Campagna, through his counsel Glenn D. Moses, Esq., has also notified me and my counsel and that he knows of the location of the 2021 Audi and is prepared to coordinate the turnover of that vehicle to me.

26. Further, with respect to Lot 180, 11350 Manatee Terrace, Lake Worth, Florida 33449, I and my counsel are in active discussions with the mortgagor, J Rose Consulting, LLC, for the payoff of the $500,000 mortgage held by Receivership Defendant Smerling through Canes One, LLC, as mortgagee.

27. The vehicles and real property sought by SVB are some of <u>the same assets</u> that I have discovered in the performance of my duties.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2021.

/s/ James Feltman
JAMES FELTMAN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing notification system and/or via email upon all counsel listed on the attached Service List on this 2nd day of June 2021.

By: /s/ Christopher Andrew Jarvinen
Christopher Andrew Jarvinen, Esq.

**SERVICE LIST**

Philip L. Reizenstein, Esq.
2828 Coral Way, Ste. 540
Miami, FL 33145
philreizenstein@protonmail.com
*Counsel to Elliot S. Smerling*

David Kubiliun, Esq.
GREENSPOON MARDER LLP
600 Brickell Avenue, Ste. 3600
Miami, FL 33131
David.kubiliun@gmlaw.com
*Counsel to Elliot S. Smerling*

Lorin L. Reisner, Esq.
lreisner@paulweiss.com
Allan J. Arffa, Esq.
aarffa@paulweiss.com
Susanna M. Buergel, Esq.
sbuergel@paulweiss.com
Christopher L. Filburn, Esq.
cfilburn@paulweiss.com
Kristina Bunting, Esq.
kbunting@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
*Attorneys for Silicon Valley Bank*

John R. Hart, Esq.
jhart@carltonfields.com
Robert N. Gilbert, Esq.
rgilbert@carltonfields.com
Alexandra D. Blye, Esq.
ablye@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
*Attorneys for Plaintiff, Citizens Bank, N.A.*

J. Gregory Deis, Esq.
gdeis@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

and

Jean-Marie Atamian, Esq.
jatamian@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
*Attorneys for Plaintiff, Citizens Bank, N.A.*

Canes Nineteen, LLC
c/o Richard S. Annunziata, Esq., Manager
ABN Law
2390 Tamiami Trail North, Ste. 214
Naples, FL 34103
rich@abn-law.com

Canes One, LLC
Canes Two, LLC
Canes Twelve, LLC
Canes Fourteen, LLC
c/o Canes Nineteen, LLC
Attn: Richard S. Annunziata, Esq., Manager
ABN Law
2390 Tamiami Trail North, Ste. 214
Naples, FL 34103
rich@abn-law.com

10606500-5