UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 21-cv-80815 AMC

CITIZENS BANK, N.A.,

    Plaintiff,

vs.

JES GLOBAL CAPITAL II, L.P.; JES GLOBAL
CAPITAL GP II, LLC; and ELLIOT S. SMERLING,

    Defendants.
_____/

## MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Citizens Bank, N.A. ("Plaintiff" or "Citizens"), through undersigned counsel and pursuant to Federal Rule of Evidence 58, seeks the entry of a Final Judgment against Defendant, Elliot S. Smerling ("Smerling")(. In support of the Motion, Plaintiff states as follows:

1.    On May 5, 2021, Plaintiff filed a Verified Complaint against Smerling, JES Global Capital II, L.P. ("JES Fund II"), and JES Global Capital GP II, LLC ("JES GP II"), (collectively, the "Defendants") for Breach of Contract (JES Fund II & JES GP II) [Count I], Fraudulent Inducement (All Defendants) [Count II], Fraud (All Defendants) [Count III], and Conversion (All Defendants) [Count IV], asserting that it is owed at least $54 million plus costs, expenses and disbursements in connection with this action, including attorneys' and experts' fees, as a result of Defendants breach of contract and tortious and inequitable conduct.

2.    The Verified Complaint and Summonses, among other filings, were served on JES Fund II and JES GP II on May 7, 2021 [ECF Nos. 29 ad 30] and on Smerling on June 3, 2021 [ECF No. 38].

3. Phil Reizenstein filed a Notice of Appearance for Smerling on June 13, 2021 [ECF No. 43].

4. On June 13, 2021, Mr. Reizenstein, as counsel to and on behalf of Smerling, signed a Stipulation for Entry of Final Judgment in favor of Plaintiff (the "Stipulation"). A copy of the Stipulation is attached hereto as **Exhibit 1**.

5. Pursuant to the Stipulation, Smerling has stipulated that: (i) Citizens is a national association whose principal place of business is in Providence, Rhode Island, (ii) Smerling, an individual, is a citizen of the State of Florida, (iii) JES GP II is a Delaware limited liability company whose sole member is Smerling, (iv) JES Fund II is a Delaware limited partnership that has no true limited partners and whose only actual partner is JES GP II, (v) this Court has personal jurisdiction over each Defendant and has subject matter jurisdiction over this action based on diversity of citizenship, (vi) Smerling is liable to Plaintiff under Counts II, III and IV of the Verified Complaint[1] filed on May 5, 2021 [ECF No. 1], and (vii) Plaintiff has suffered and Smerling owes Plaintiff actual damages in the total amount of $55,420,228.92, including a principal balance of $54,599,930.00 and prejudgment interest thereon of $820,298.92 as of June 7, 2021, with per diem interest of $4,550 to accrue until the entry of a final judgment, with each party to bear their own attorney's fees.

6. Further, pursuant to the Stipulation, Smerling has agreed to the entry of an Order Granting Motion for Entry of Final Judgment in a form substantially similar to Exhibit A attached to the Stipulation, and to the entry of Final Judgment in a form substantially similar to Exhibit B to the Stipulation.

7. Pursuant to the Stipulation, Smerling has also agreed that cause exists and circumstances otherwise warrant, as expressly permitted pursuant to 28 U.S.C. §§3103(c),

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Verified Complaint.

741894511.2

3203(e), the continuation of James Feltman as Receiver pursuant to that certain Order Appointing Receiver [ECF No. 28] until further order of court, and that Mr. Feltman accordingly should be authorized to continue as such Receiver until further order of court, notwithstanding (and following) the entry of such Final Judgment.

8. Finally, pursuant to the Stipulation, the parties have agreed that any Final Judgment entered shall not be subject to appeal.

**WHEREFORE**, Citizens request that this Court enter an Order Granting Motion for Entry of Final Judgment in a form substantially similar to Exhibit A attached to the Stipulation, and enter a Final Judgment in a form substantially similar to Exhibit B attached to the Stipulation, and for such other and further relief as the Court deems necessary and proper.

### S.D. FLA. L.R. 7.1(A)(3) CERTIFICATION

The undersigned counsel hereby certifies that, pursuant to S.D. Fla. L.R. 7.1(a)(3), Plaintiff and Smerling are in agreement with the entry of an Order and Final Judgment granting the requested relief.

**Dated: 6/13/2021**          Respectfully submitted,

By:   /s/ *Alexandra D. Blye*
Alexandra D. Blye
Florida Bar No.:  71499
E-mail:  ablye@carltonfields.com
John R. Hart
Florida Bar No.:  612553
E-mail: jhart@carltonfields.com
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

and

J. Gregory Deis, (*Pro Hac Vice*)
E-mail:  gdeis@mayerbrown.com

741894511.2

**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

and

Jean-Marie Atamian, *(Pro Hac Vice)*
E-mail:  jatamian@mayerbrown.com
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Plaintiff, Citizens Bank, N.A.*

741894511.2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 13, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the authorized CM/ECF filers appearing in this case; and that on June 14, 2021, I will serve the foregoing via U.S. Mail to the following:

| | |
|---|---|
| JES Global Capital II, LP<br>c/o ABN Law, Registered Agent<br>2390 Tamiami Trail North<br>Suite 214<br>Naples, FL 34103 | JES Global Capital GP II, LLC<br>c/o ABN Law, Registered Agent<br>2390 Tamiami Trail North<br>Suite 214<br>Naples, FL 34103 |

By: /s/ *Alexandra D. Blye*
     Alexandra D. Blye

741894511.2