UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80815-CIV-CANNON

CITIZENS BANK, N.A.,

    Plaintiff,

vs.

JES GLOBAL CAPITAL II, L.P.;
JES GLOBAL CAPITAL GP II, LLC;
and ELLIOT S. SMERLING,

    Defendants.
_____/

**RECEIVER'S *UNOPPOSED* AMENDED AND SUPPLEMENTAL MOTION FOR ORDER TO EXPAND OR CLARIFY RECEIVERSHIP PROPERTY TO INCLUDE ASSETS OWNED OR CONTROLLED BY AFFILIATES OF DEFENDANTS**

Pursuant to S.D. Fla. L.R. 7.1(d)(1) and Paragraph 5.b. of the Order Appointing Receiver [ECF No. 28] ("Receivership Order")[1], this Court's Receiver, James S. Feltman, respectfully requests an Order from this Court to expand or clarify the definition of Receivership Property of the Receivership Estate to include the assets owned or controlled by affiliates of the Receivership Defendants set forth hereto on Exhibit "A".[2]

On June 2, 2021, counsel for Receiver filed the *Receiver's Motion for Order to Expand Receivership Property to Include Assets Held by Subsidiaries and Affiliates and Notice of Concern Arising From S.D.N.Y. Litigation* ("Initial Motion") [ECF No. 36]. Further investigation and

---

[1] All capitalized terms used shall be given the meaning ascribed to them in the Receivership Order unless otherwise defined herein.
[2] Exhibit "A" represents the entities and assets that have been discovered as of the filing of this Motion. The Receiver reserves his right to seek further expansion of the Receivership Property to fulfill his duties pursuant to the Receivership Order.

10637121-5

subsequent occurrences require the filing of this Motion to ensure the protection of Receivership Property in accordance with the Receivership Order.

     A.    **Basis to Expand the Receivership Property to Include Assets of Affiliates of the Receivership Defendants.**

Pursuant to this Court's Receivership Order, the Receiver is charged with fiduciary duties which include: "marshaling and preserving all assets of Defendants Elliott S. Smerling ('Smerling'), JES Global Capital GP II, LLC ('JES GP II'), and JES Global Capital II, L.P. ('JES Fund II') (JES GP II and JES Fund II, the 'Entity Defendants' and collectively with Smerling, the 'Receivership Defendants')." (*Id.* at 1).

The Receivership Order specifically provides that the "Receiver shall have all powers, authorities, rights and privileges in relation to any of the [Receivership Property (*sic.*)], (as such term is defined herein) heretofore possessed or controlled by (or otherwise under the control or direction, **directly or indirectly**, of) Defendant Smerling and the officers and directors of the other Receivership Defendants . . . in addition to all powers and authority of a receiver at equity, and all powers conferred upon a receiver by the provisions of 28 U.S.C. §§ 754, 959 and 1692 and Federal Rule of Civil Procedure 66." (*Id.* at 3, ¶ 2.) (emphasis added). The Receiver is duty-bound, pursuant to Paragraph 5.a.-b. of the Receivership Order:

    a.    **To use reasonable efforts to determine the nature, location, and value of all property interests of the Receivership Defendants** of any nature or kind whatsoever, **including, but not limited to**, monies, funds, securities, cryptocurrencies, credits, insurance, effects, **goods, chattels, lands**, premises, leases, claims, rights, and other assets, together with all rents, profits, dividends, interest, or other income attributable thereto, of whatever kind, **which any of the Receivership Defendants own, possess, have a beneficial interest in, or control directly or indirectly** ("**Receivership Property**" or, collectively the "Receivership Estate");

  b.  **To take custody, control, and possession of any and all Receivership Property** and records relevant thereto from the Receivership Defendants; to sue for and collect, recover, receive, and **take into possession from third parties all Receivership Property** and records relevant thereto, including, but not limited to, assuming control of, and being named the authorized signatory for, all accounts at any bank, brokerage firm, or financial institution which has possession, custody, or control of any assets or funds, wherever situated, of any of the Receivership Defendants **and, upon order of this Court, of any of their subsidiaries or affiliates, provided the Receiver deems it necessary**;

(*Id.* at 3-4, ¶¶ 5.a.-b.) (emphasis added).

To fulfill his duties and comply with the Receivership Order, the Receiver believes that it is necessary to expand or clarify the definition of Receivership Property to include assets held by the Receivership Defendants' affiliates (collectively, the "Smerling Entities"). *See* Declaration of Receiver James Feltman, filed contemporaneously herewith ("Feltman Decl.") at Ex. "A". The Smerling Entities' assets are Receivership Property because one or more of the "the Receivership Defendants own, possess, have a beneficial interest in, or control directly or indirectly" said assets ("Smerling Assets"). *See* Order at 3, ¶ 5.a; *see* Feltman Decl. at ¶ 3, Ex. A.

  **B.**  <u>**Evidentiary Support for Expansion of Receivership Property.**</u>

The ultimate direct or indirect owners and entities in control of a majority of the Smerling Entities are the Canes Three Trust and/or the Hurricanes Four Trust (collectively, the "Trusts"). *Id*. at ¶ 4. The Receiver, his counsel, and the Receiver's forensic team have established that Smerling and his descendants are the beneficiaries of the Trusts. *Id*. at ¶ 5. The remaining Smerling Entities that are not ultimately owned and/or controlled by the Trusts are owned and/or controlled by Smerling directly or indirectly. *Id*.

The Smerling Assets contained within the Smerling Entities have been identified as directly or indirectly owned, possessed, or controlled by, and/or a benefit to, the Receivership Defendants through one or more of the following:

- Official corporate records ("Corporate Records");

- Organization chart provided by counsel for George Campagna, the manager of certain of the Defendant Smerling-controlled entities and an insider to the Receivership Defendants ("Campagna Chart");

- Document production provided by counsel for Mr. Campagna, including but not limited to, Smerling and Mrs. Smerling's tax returns ("Campagna Documents");

- Spreadsheet of known assets provided by counsel for Mr. Campagna ("Campagna Spreadsheet");

- Documents obtained from Receivership Defendant(s) JES Global Capital offices located at 222 Lakeview Avenue, Suite 1660, West Palm Beach, FL 33140 on May 17, 2021 ("JES Documents"). Notably, documents recovered from the Receivership Defendant's office also include documents that encompass the Campagna Chart category above;

- Records, including bank accounts with various banks, identifying the transfer of Smerling Assets into various entities ("Transfer Records"); and

- Interview with Ms. Elaine M. Smerling on May 28, 2021 ("Interview").

("Receivership Property Evidence"). *Id*. at ¶ 6. Many of the Smerling Entities/Assets contain multiple categories Receivership Property Evidence as described above. *Id*. at ¶ 7. The connection between the Smerling Entities is captured, for example, with Smerling Entity, Canes Two, LLC, which contains all but one category of Receivership Property Evidence. *See Id*. at ¶¶ 8-14. An

example of the remaining category of Receivership Property Evidence, Corporate Records, is demonstrated through the Smerling Entity, JES Global Capital LP II Ltd. *See Id*. at ¶ 15.

Moreover, the principals of the registered agent for numerous Smerling Entities, ABN Law, PLLC, have cooperated in the investigation that has led the Receiver to seek expansion of the Receivership Property. *Id*. at ¶ 16. Ultimately, the Smerling Entities are linked together in a vast corporate web. *Id*. at ¶ 17. The elaborate scheme by the Receivership Defendants resulted in the creation of numerous Smerling Entities that own or control the Smerling Assets that, pursuant to the Receivership Order, must be captured as part of the Receivership Property.

### L.R. 7.1(a)(3) – Certificate of Conferences with Receivership Defendants.

Notwithstanding anything to the contrary contained herein, and for the avoidance of doubt, pursuant to an agreement reached with Smerling, through his counsel, Philip L. Reizenstein, the Receiver does not, at this time, seek to exercise dominion or control over (i) the home in which Mrs. Smerling and Smerling's children are currently living located at 11353 Manatee Terrace, Lake Worth, Florida 33449 (the "Residence"); or (ii) the 2020 Cadillac Escalade (VIN: 1G1Y83D41L5113207) (the "Vehicle"), one of the vehicles subject to the Initial Motion. The Receiver and Smerling agree to reserve all rights with respect to the aforementioned Residence and Vehicle. Furthermore, Smerling's agreement for the Receiver to identify and preserve assets pursuant to the Receivership Order and the order to this Motion, is not a waiver of rights to challenge the use of any asset to satisfy judgements in the Southern District of New York and the Southern District of Florida.

Accordingly, prior to filing this Motion, counsel for the Receiver provided a copy of the Smerling Entities and Smerling Assets to Mr. Reizenstein. Subsequently, Mr. Reizenstein informed Receiver's counsel that Smerling does not oppose the expansion of Receivership

Property consistent with what is contained within this Motion, including but not limited to, the Receiver's position with respect to the Residence and Vehicle.

**WHEREFORE**, this Court's Receiver, James S. Feltman, respectfully requests an Order from this Court, substantially in the form as attached hereto as Exhibit "B", to expand the Receivership Property of the Receivership Estate to include the Smerling Assets, and for such other relief as this Court deems just and proper.

Dated:  June 14, 2021

Respectfully Submitted:

BERGER SINGERMAN LLP
*Counsel for James Feltman, Receiver*
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340


By:  /s/*Marianne Curtis*
   Paul Steven Singerman, Esq.
   Florida Bar No. 378860
   singerman@bergersingerman.com
   Christopher Andrew Jarvinen, Esq.
   Florida Bar No. 021745
   cjarvinen@bergersingerman.com
   Gavin C. Gaukroger
   Florida Bar No. 76489
   ggaukroger@bergersingerman.com
   Marianne Curtis
   Florida Bar No. 92729
   mcurtis@bergersingerman.com
   drt@bergersingerman.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing notification system and/or via email upon all counsel listed on the attached Service List and via U.S. Regular Mail upon all parties on that attached Service List on this 14th day of June 2021.

By: /s/Marianne Curtis
Marianne Curtis, Esq.

**SERVICE LIST**

Philip L. Reizenstein, Esq.
2828 Coral Way, Ste. 540
Miami, FL 33145
philreizenstein@protonmail.com
*Counsel to Elliot S. Smerling*

David Kubiliun, Esq.
GREENSPOON MARDER LLP
600 Brickell Avenue, Ste. 3600
Miami, FL 33131
David.kubiliun@gmlaw.com
*Counsel to Elliot S. Smerling*

Lorin L. Reisner, Esq.
lreisner@paulweiss.com
Allan J. Arffa, Esq.
aarffa@paulweiss.com
Susanna M. Buergel, Esq.
sbuergel@paulweiss.com
Christopher L. Filburn, Esq.
cfilburn@paulweiss.com
Kristina Bunting, Esq.
kbunting@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
*Attorneys for Silicon Valley Bank*

John R. Hart, Esq.
jhart@carltonfields.com
Robert N. Gilbert, Esq.
rgilbert@carltonfields.com
Alexandra D. Blye, Esq.
ablye@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
*Attorneys for Plaintiff, Citizens Bank, N.A.*

J. Gregory Deis, Esq.
gdeis@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

and

Jean-Marie Atamian, Esq.
jatamian@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
*Attorneys for Plaintiff, Citizens Bank, N.A.*

Canes Nineteen, LLC
c/o Richard S. Annunziata, Esq., Manager
ABN Law
2390 Tamiami Trail North, Ste. 214
Naples, FL 34103
rich@abn-law.com

Canes One, LLC
Canes Two, LLC
Canes Twelve, LLC
Canes Fourteen, LLC
c/o Canes Nineteen, LLC
Attn: Richard S. Annunziata, Esq., Manager
ABN Law
2390 Tamiami Trail North, Ste. 214
Naples, FL 34103
rich@abn-law.com

10637121-5

**SERVICE LIST**
*Citizens Bank, N.A. v. JES Global Capital II, L.P, et al.*
Case No. 9:21-cv-80815

Alligator Trail, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Alligator Trail, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Cane Holdings Group, LLC
c/o Elliot S. Smerling, Registered Agent
2080 NW Boca Raton Blvd., Ste. 6
Boca Raton, FL  33431

Cane Holdings Group, LLC
2080 NW Boca Raton Blvd., Ste. 6
Boca Raton, FL  33431

Cane Investment Group, LLC
c/o Gary Rubin, Registered Agent
2080 NW Boca Raton Blvd., Ste. 6
Boca Raton, FL  33431

Canes One, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes One, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Two, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Two, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Four, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Four, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Five, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Five, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Six, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Six, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Seven, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Seven, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Eight, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Eight, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Nine, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Nine, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Ten, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Ten, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Canes Eleven, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Eleven, LLC
4095 State Road 7, L-306
Wellington, FL  33449

Connick Investment Group, Inc.
c/o Filings Inc., Registered Agent
3732 N.W. 16th Street
Fort Lauderdale, FL  33311

CR5, LLC
c/o Osmond C. Howe, Jr., Registered Agent
2000 Towerside Terrace, Ste. 402
Miami, FL  33138-2223

Canes Twelve, LLC
c/o ABN Law, PLLC
2390 Tamiami Trail N, Ste. 214
Naples, FL  34103

Canes Twelve, LLC
4095 State Road 7, L-306
Wellington, FL  33449

| | | |
|---|---|---|
| Canes Thirteen, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Thirteen, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Cypress Realty Group, Inc.<br>c/o Margaret R. Yee, Registered Agent<br>102 Park Place Blvd.<br>Davenport, FL  33837 |
| Canes Fourteen, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Fourteen, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricane Five of Florida, Inc.<br>c/o Stuart Howitt, Registered Agent<br>3333 W. Commercial Blvd., Ste. 110<br>Fort Lauderdale, FL  33309 |
| Canes Fifteen, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Fifteen, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes One LLC<br>c/o Brennan, Manna & Diamond, PL,<br>Registered Agent<br>27200 Riverview Center Blvd., Ste. 310<br>Bonita Springs, FL  34134 |
| Canes Sixteen, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Sixteen, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Two LLC<br>c/o Brennan, Manna & Diamond, PL,<br>Registered Agent<br>27200 Riverview Center Blvd., Ste. 310<br>Bonita Springs, FL  34134 |
| Canes Seventeen, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Seventeen, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Four LLC<br>c/o Adam A. Bleggi, Registered Agent<br>2390 Tamiami Trail N, Ste. 2134<br>Naples, FL  34103 |
| Canes Eighteen, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Eighteen, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Four LLC<br>239 Fairway Circle<br>Naples, FL  34110 |
| Canes Nineteen, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Nineteen, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Six, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 |
| Canes Twenty, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Six, LLC<br>2390 Tamiami Trail N., Ste. 214<br>Naples, FL  34103 |
| Canes Twenty-One, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-One, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Seven, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 |
| Canes Twenty-Two, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-Two, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Seven, LLC<br>2390 Tamiami Trail N., Ste. 214<br>Naples, FL  34103 |

| | | |
|---|---|---|
| Canes Twenty-Three, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-Three, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Eight, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 |
| Canes Twenty-Four, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-Four, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Eight, LLC<br>2390 Tamiami Trail N., Ste. 214<br>Naples, FL  34103 |
| Canes Twenty-Five, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-Five, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Ten, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 |
| Canes Twenty-Six, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-Six, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Ten, LLC<br>2390 Tamiami Trail N., Ste. 214<br>Naples, FL  34103 |
| Canes Twenty-Seven, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-Seven, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Rleven, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 |
| Canes Twenty-Eight, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-Eight, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Eleven, LLC<br>2390 Tamiami Trail N., Ste. 214<br>Naples, FL  34103 |
| Canes Twenty-Nine, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Twenty-Nine, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Twelve, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 |
| Canes Thirty, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Thirty, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Twelve, LLC<br>2390 Tamiami Trail N., Ste. 214<br>Naples, FL  34103 |
| Canes Thirty-One, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Canes Thirty-One, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Hurricanes Two of Florida, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 |
| MFS Restructuring Co. LLC<br>c/o Elliot S. Smerling, Registered Agent<br>2080 NW Boca Raton Blvd., Ste. 6<br>Boca Raton, FL  33431 | Renew Station, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Hurricanes Two of Florida, LLC<br>2390 Tamiami Trail N., Ste. 214<br>Naples, FL  34103 |

| | | |
|---|---|---|
| Renew Station, LLC<br>4095 State Road 7, L-306<br>Wellington, FL  33449 | Smerling Financial Group, LLC<br>c/o Greenspoon Marder LLP<br>200 E. Broward Blvd., Ste. 1800<br>Fort Lauderdale, FL  33301 | Smerling Financial Group, Inc.<br>c/o Elliot S. Smerling<br>4095 St. Road 7, L-306<br>Wellington, FL  33449 |
| Smerling Financial Group Management, Inc.<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 213<br>Naples, FL  34103 | Smerling Financial Group Management, Inc.<br>4095 State Road 7, L306<br>Wellington, FL  33449 | Toastabags U.S.A. Inc.<br>c/o Allan C. Bennett<br>2080 Boca Raton Blvd. Ste. 6<br>Boca Raton, FL  33431 |
| JES Global Capital Cascade BBQ LLC<br>c/o Stuart Howitt<br>222 Lakeview Avenue, Ste. 1660<br>West Palm Beach, FL  33401 | JES Global Capital GP, LLC<br>c/o Corporation Service Company, Registered Agent<br>2711 Centerville Road, Ste. 400<br>Wilmington, DE  19808 | JES Global Capital, L.P.<br>c/o Corporation Service Company, Registered Agent<br>2711 Centerville Road, Ste. 400<br>Wilmington, DE  19808 |
| JES Special Opportunities Venture Fund GP, LLC<br>c/o Corporation Service Company, RA<br>2711 Centerville Road, Ste. 400<br>Wilmington, DE  19808 | Hurricanes One of Florida, LLC<br>c/o ABN Law, PLLC<br>2390 Tamiami Trail N, Ste. 214<br>Naples, FL  34103 | Hurricanes One of Florida, LLC<br>2390 Tamiami Trail N., Ste. 214<br>Naples, FL  34103 |
| Canes Three Trust<br>P.O. Box 141<br>First Floor, BCI House<br>Rarotonga, Cook Islands<br>South Pacific | Canes UK Holdings Limited<br>c/o McCarthy Denning Limited<br>6th Floor, Minister House<br>42 Mincing Lane<br>London, England  EC3R | Canes UK Holdings LLC<br>Hunkins Water Front<br>Jewels #733<br>Charlestown, NEVIS |
| Canes International Holdings Limited<br>Hunkins Water Front<br>Jewels #733<br>Charlestown, NEVIS | Elliot S. Smerling Irrevocable Trust U/A/D 3/23/2017<br>2390 Tamiami Trial N, Ste. 214<br>Naples, FL  34103-4484 | Elliot S. Smerling Trust |
| Hurricanes Four Trust<br>c/o Global House, Trustee<br>P.O. Box 92, Avarua<br>Rarotonga, Cook Islands<br>South Pacific | JES Global Capital Europe, LDA<br>Avenida Infante Dom Henrique, 26<br>Lisboa 1149-096<br>Portugal | JES Global Capital LP I Ltd.<br>33-037 Athol Street<br>Douglas<br>Isle of Man IM1 1LB |
| JES Global Capital LP II Ltd.<br>Box 296 Sarnia House<br>Le Truchot<br>St. Peter Port GY1<br>Guernsey, United Kingdom | JES Special Opportunities Venture Fund GP LLC<br>c/o Stuart Howitt, Registered Agent<br>2003 W. Cypress Creek Road, #102<br>Fort Lauderdale, FL  33309 | JES Special Opportunities Venture Fund LP<br>c/o Stuart Howitt, Registered Agent<br>2003 W. Cypress Creek Road, #102<br>Fort Lauderdale, FL  33309 |
| Revivify Dermatology, LLC<br>21301 Powerline Road, Ste. 108<br>Boca Raton, FL  33433 | Revivify of Fort Lauderdale, LLC<br>21301 Powerline Road, Ste. 108<br>Fort Lauderdale, FL  33433 | Revivify LLC<br>21301 Powerline Road, Ste. 108<br>Fort Lauderdale, FL  33433 |
| TTM Mgt Company, LLC | David Kubiliun, Esq.<br>Greenspoon Marder LLP<br>600 Brickell Avenue, Ste. 3600<br>Miami, FL  33131 | Bruce L. Udolf, Esq.<br>Bruce L. Udolf., P.A.<br>599 S.W. 2nd Avenue<br>Fort Lauderdale, FL  33301 |

| | | |
|---|---|---|
| George Campagna<br>c/o Theresa Van Vliet, Esq.<br>Genovese, Joblove & Battista<br>100 S.E. 2nd Street, 44th Floor<br>Miami, FL  33131 | Marcos D. Jimenez, Esq.<br>Marcos D. Jimenez, P.A.<br>255 Alhambra Circle, Ste. 800<br>Coral Gables, FL  33134 | Diana Zulueta, Esq.<br>Leon Cosgrove<br>255 Alhambra Circle, 8th Floor<br>Miami, FL  33134 |
| Brian S. McHugh, Esq.<br>Brian S. McHugh, P.A.<br>49 N. Federal Hwy., #384<br>Pompano Beach, FL  33062 | | |