# EXHIBIT A

**Entities and Assets Chart**

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 1 | Alligator Trail, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li><li>Interview</li></ul> | <ul><li>Account, checking: Bank of America xx0979</li><li>Account, checking: JPMorgan Chase xx5982</li><li>Account, DDA: Pacific Western Bank xx9781</li><li>Real property: 11352 Alligator Trail - vacant</li></ul> |
| 2 | Canes Eight, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>JES Documents</li></ul> | [None identified to date] |
| 3 | Canes Eighteen, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>JES Documents</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx3027</li><li>Account, DDA: Pacific Western Bank xx9401</li></ul> |
| 4 | Canes Eleven, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, investment: JPMorgan Chase xx2004</li><li>Account, margin: JPMorgan Chase xx6103</li></ul> |
| 5 | Canes Fifteen, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li><li>Interview</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx0197</li><li>Real property: 6316 Wild Orchid Trail - vacant</li></ul> |
| 6 | Canes Five, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Loan Receivable: $500,000 loan to ABN Law</li></ul> |
| 7 | Canes Four, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx7358</li></ul> |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 8 | Canes Fourteen, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li><li>Transfer Records</li><li>Interview</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx8172</li><li>Account, DDA: Pacific Western Bank xx9393</li><li>Real property: 11353 Manatee Terrace home</li><li>Personal property insured by Chubb in the name of Canes Fourteen LLC:<ul><li>Custom 3-diamond platinum engagement-style ring</li><li>Vacheron Constantine wristwatch</li><li>18-karat white gold necklace</li><li>Rolex wristwatch</li><li>Custom platinum eternity-style engagement ring</li><li>Grand piano</li></ul></li></ul> |
| 9 | Canes International Holdings Limited (NEVIS) | Ownership - Whole | <ul><li>Corporate Records</li><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li></ul> | <ul><li>Account, cash/investments: Union Bancaire Privee, Geneva, Switzerland xx9835</li></ul> |
| 10 | Canes Nine, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | [None identified to date] |
| 11 | Canes Nineteen, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx9271</li><li>Account, DDA: Pacific Western Bank xx7132</li><li>Loan Receivable (as of 12/31/19): Revivify, LLC, $50,000</li></ul> |
| 12 | Canes One, LLC | Ownership - Whole | <ul><li>Campagna Char</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx1123</li><li>Account, DDA: Pacific Western Bank xx9369</li><li>Loan Receivable: $500,000 mortgage to J Rose Consulting, LLC for home at 11350 Manatee Terrace</li></ul> |
| 13 | Canes Seven, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | [None identified to date] |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 14 | Canes Seventeen, LLC | Ownership - Whole | • Campagna Chart<br>• Campagna Spreadsheet<br>• JES Documents | [None identified to date] |
| 15 | Canes Six, LLC | Ownership - Whole | • Campagna Chart<br>• Campagna Documents<br>• Campagna Spreadsheet<br>• JES Documents<br>• Interview | • Account, checking: JPMorgan Chase xx3873<br>• Loan Receivable: $655,780 mortgage to Innovative Sales Solutions, LLC for home at 2589 Treanor Terrace |
| 16 | Canes Sixteen, LLC | Ownership - Whole | • Campagna Chart<br>• Campagna Documents<br>• Campagna Spreadsheet<br>• JES Documents<br>• Interview | • Account, checking: JPMorgan Chase xx5950<br>• Real property: 11466 Alligator Trail - vacant |
| 17 | Canes Ten, LLC | Ownership - Whole | • Campagna Chart<br>• Campagna Spreadsheet<br>• JES Documents | • Deposit: $350,000 "Jet Deposit" (Unknown Holder)<br>• Potential preferential transfers:<br>  ○ $200,000 wired from Canes Ten, LLC to ABN Law escrow account on 10/22/19 for "escrow funds for G-550," subsequently paid to "Brazjet Express Inc. for Fernanda Cristina da Paixao" (Elaine Smerling's mother)<br>  ○ $100,000 wired from Canes Ten, LLC to ABN Law escrow account on 11/26/19 for "escrow funds for G-550," subsequently paid to "Brazjet Express Inc. for Fernanda Cristina da Paixao" (Elaine Smerling's mother) |
| 18 | Canes Thirteen, LLC | Ownership - Whole | • Campagna Chart<br>• Campagna Documents<br>• Campagna Spreadsheet<br>• JES Documents<br>• Interview | • Account, checking: JPMorgan Chase xx7326<br>• Real property: 6330 Wild Orchid Trail - vacant |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 19 | Canes Thirty One, LLC | Ownership - Whole | • Campagna Chart | [None identified to date] |
| 20 | Canes Thirty, LLC | Ownership - Whole | • Campagna Chart | [None identified to date] |
| 21 | Canes Three Trust | Ownership - Whole | • Campagna Chart<br>• Campagna Documents<br>• Campagna Spreadsheet<br>• JES Documents | • Account, cash/investments: Union Bancaire Privee, Geneva, Switzerland xx8934 |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 22 | Canes Twelve, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li><li>Transfer Records</li><li>Interview</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx0633</li><li>Account, DDA: Pacific Western Bank xx9385</li><li>Motor vehicles, current:<ul><li>2014 Ford F150</li><li>1991 Harley-Davidson Fat Boy</li><li>1996 Triumph Thunderbird</li><li>2019 Infiniti QX60</li><li>2017 Ferrari California</li><li>2017 Mercedes Benz G63W4</li><li>1970 Chevrolet Chevelle</li><li>2017 Porsche Panamera</li><li>2017 Polaris General 4 1000E (ATV)</li><li>2021 Audi SQ8</li><li>2020 Chevrolet Corvette Stingray</li><li>2020 Cadillac Escalade ESV</li><li>2020 Mercedes Benz Sprinter (van)</li></ul></li><li>Motor vehicles, recent past:<ul><li>2016 Land Rover (title transferred to World Class Auto Repair Center, LLC on 6/23/20)</li><li>2014 Maserati GranTurismo (title transferred to Smerling business partner Samuel Jesse Herr on 5/1/20)</li><li>2012 Jeep Wrangler (title transferred to Jesus Dario Imbachi on 4/4/19 and then to Arturo Javier Rojas Garcia on 12/3/19)</li><li>2019 Mercedes-Benz Sprinter van (title transferred to Ultimate Toys Inc. of Loveland, OH on 12/11/20)</li><li>2018 Alfa Romeo Guilia (title transferred to Tyrone Jamaal Townsend on 2/8/20)</li></ul></li></ul> |
| 23 | Canes Twenty Eight, LLC | Ownership - Whole | <ul><li>Campagna Chart</li></ul> | [None identified to date] |
| 24 | Canes Twenty Five, LLC | Ownership - Whole | <ul><li>Campagna Chart</li></ul> | [None identified to date] |
| 25 | Canes Twenty Four, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx7396</li></ul> |
| 26 | Canes Twenty Nine, LLC | Ownership - Whole | <ul><li>Campagna Chart</li></ul> | [None identified to date] |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 27 | Canes Twenty One, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Loan Receivables:  $300,000 loan to GWC Ventures LLC:<ul><li>$200,000 balloon promissory note, 7/24/20</li><li>$100,000 demand promissory note, 2/3/21</li></ul></li></ul> |
| 28 | Canes Twenty Seven, LLC | Ownership - Whole | <ul><li>Campagna Chart</li></ul> | [None identified to date] |
| 29 | Canes Twenty Six, LLC | Ownership - Whole | <ul><li>Campagna Chart</li></ul> | [None identified to date] |
| 30 | Canes Twenty Three, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, checking:  JPMorgan Chase xx3635</li><li>Equity investment:  3N Outdoor Media, Inc. (7% interest)</li></ul> |
| 31 | Canes Twenty Two, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Loan Receivable:  $500,000 loan (or $250,000 loan) to World Class Auto Repair Center, LLC</li></ul> |
| 32 | Canes Twenty, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, checking:  JPMorgan Chase xx0198</li></ul> |
| 33 | Canes Two, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li><li>Transfer Records</li><li>Interview</li></ul> | <ul><li>Account, checking:  JPMorgan Chase xx2962</li><li>Account, DDA:  Pacific Western Bank xx9377</li><li>Real property: 3049 Hartridge Terrace home</li></ul> |
| 34 | Canes UK Holdings Limited | Ownership - Whole | <ul><li>Corporate Records</li><li>Campagna Chart</li><li>Campagna Documents</li><li>JES Documents</li><li>Interview</li></ul> | <ul><li>Real property:  Flat 32, Riverside Court, Nine Elms Lane, London, UK SW8 5DB</li></ul> |
| 35 | Elliot S. Smerling Irrevocable Trust U/A/D 3/23/2017 | Ownership - Whole | <ul><li>Campagna Documents</li></ul> | <ul><li>Account, checking:  JPMorgan Chase xx2657</li></ul> |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 36 | Hurricanes Five of Florida, Inc. | Ownership - Whole | • JES Documents | • Loan Receivable: $1,000,000 loan to ABN Law |
| 37 | Hurricanes Four Trust | Ownership - Whole | • Campagna Chart<br>• Campagna Documents<br>• Campagna Spreadsheet<br>• JES Documents | • Account, cash/investments: Union Bancaire Privee, Geneva, Switzerland xx9896 |
| 38 | Hurricanes One of Florida Inc. | Ownership - Whole | • Campagna Documents<br>• JES Documents | [None identified to date] |
| 39 | Hurricanes Two of Florida, Inc. | Ownership - Whole | • JES Documents | [None identified to date] |
| 40 | Renew Station, LLC | Ownership - Whole | • Campagna Chart<br>• Campagna Spreadsheet<br>• JES Documents | • Account, checking: JPMorgan Chase xx3517<br>• Account, DDA: Pacific Western Bank xx9419<br>• Unknown receivable (as of 12/31/19): Herrcules Brothers, $100 |
| 41 | Revivify of Fort Lauderdale, LLC | Ownership - Whole | • Campagna Chart<br>• Campagna Documents<br>• JES Documents | • Account, checking: Bank of America xx2520<br>• Account, checking: JPMorgan Chase xx2772<br>• Account, DDA: Pacific Western Bank xx9427<br>• Prepaid Rent: Approx. 3 years' rent for Ft. Lauderdale location - $300,000 (but unclear which Revivify entity is the true asset holder) |
| 42 | Smerling Financial Group Management, Inc. | Ownership - Whole | • Campagna Chart<br>• Campagna Spreadsheet<br>• JES Documents | • Account, checking: JPMorgan Chase xx6503<br>• Account, unknown: JPMorgan Chase xx7033 (possibly a debit card number)<br>• Account, DDA: Pacific Western Bank xx9567<br>• Account, savings: Pacific Western Bank xx7767 |
| 43 | Smerling Financial Group, Inc. | Ownership - Whole | • Campagna Documents | • Account, checking: Bank of America xx9733<br>• Account, brokerage: TD Ameritrade xx5166 |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 44 | Smerling Financial Group, LLC | Ownership - Whole | <ul><li>Campagna Chart</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx6038</li><li>Investment: Market Central Private Assets Series 14-A (Unknown Company), $102,500</li><li>Investment: Market Central Private Assets Series 15-1 (Unknown Company), 11.2625% ownership</li><li>Investment: Market Central Private Assets Series 26-A (Howitt Investments LLC), $102,500</li><li>Investment: AVRA Medical Robotics Inc., 25,000 shares, $31,250</li><li>Receivable (as of 12/31/19): Elliot Smerling Irrevocable Trust, $82,000</li><li>Receivable (as of 12/31/19): Smerling Financial Group Management, $80,000</li><li>Receivable (as of 12/31/19): Hurricanes Four Trust, $5,000</li></ul> |
| 45 | JES Global Capital Cascade BBQ LLC | Ownership - Partial | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>JES Documents</li></ul> | <ul><li>Account, DDA: Pacific Western Bank xx2278</li></ul> |
| 46 | JES Global Capital Europe, LDA (f/k/a Stumarell LDA) | Ownership - Partial | <ul><li>Corporate Records</li></ul> | <ul><li>Account, unknown type: Santander Bank xx34302</li><li>Account, unknown type: Millennium bcp xx0123 (in name of Stumarell LDA)</li></ul> |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 47 | JES Global Capital GP LLC | Ownership - Partial | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, unknown type: Bank of America xx8390</li><li>Account, unknown type: Pacific Western Bank xx0000</li><li>Account, DDA type: Pacific Western Bank xx1717</li><li>Account, savings: Pacific Western Bank xx6819</li><li>Account, unknown type: Silicon Valley Bank xx0311</li><li>Account, unknown type: Western Alliance Bank (Bridge Bank) xx4778</li><li>Account, 401(k) - in name "JES Global Capital GP LLC 401k PSP and Trust": Fidelity xx5349</li><li>Account, 401(k) - in name "JES Global Capital GP LLC 401k PSP and Trust for the Benefit of Elliot S Smerling": Fidelity xx1991</li><li>Loan Receivable/Note (as of 3/31/20): Cascade BBQ; $25,000.00</li><li>Loan Receivable/Note (as of 3/31/20): Loan Lisbon Co; $351,164.51</li><li>Loan Receivable/Note (as of 3/31/20): Loan LP; ($15,267.50)</li><li>Loan Receivable/Note (as of 3/31/20): Loan Payable GP II; ($8,494.06)</li><li>Loan Receivable/Note (as of 3/31/20): Loan Payable Hebrock; $16,719.81</li><li>Other Current Assets (as of 3/31/20): Loan Payable #6; ($150,000.00)</li><li>Fixed Assets (as of 3/31/20): Furniture and Fixtures, net; $9,044.62</li><li>Prepaid Expense (as of 3/31/20): Prepaid Lease; $118,391.99</li></ul> |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 48 | JES Global Capital LP | Ownership - Partial | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, DDA: Pacific Western Bank xx1614</li><li>Account, unknown type: Silicon Valley Bank xx3468</li><li>Account, unknown type: Silicon Valley Bank xx0227</li><li>Account, unknown type: Western Alliance Bank xx0003</li><li>Account, unknown type: Western Alliance Bank (Bridge Bank) xx9221</li><li>Account, brokerage: TD Ameritrade xx4873</li><li>Portfolio company equity investment (as of 3/31/20): Benefit Hub; $14,060,228.00</li><li>Portfolio company equity investment (as of 3/31/20): Digital Gadgets; $31,721,889.00</li><li>Portfolio company equity investment (as of 3/31/20): Ican; $9,561,842.00</li><li>Portfolio company equity investment (as of 3/31/20): Meadowbrook Insurance; $26,647,012.00</li></ul> |
| 49 | JES Global Capital LP I Ltd | Ownership - Partial | <ul><li>Corporate Records</li><li>JES Documents</li></ul> | <ul><li>Potential checking account(s) at Barclays</li></ul> |
| 50 | JES Global Capital LP II Ltd | Ownership - Partial | <ul><li>Corporate Records</li></ul> | <ul><li>Potential checking account(s) at Barclays</li></ul> |
| 51 | JES Special Opportunities Venture Fund GP LLC | Ownership - Partial (or Whole) | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>JES Documents</li></ul> | <ul><li>Account, DDA: Pacific Western Bank xx9277</li><li>Account, unknown type: Western Alliance Bank (Bridge Bank) xx5250</li><li>Unknown investment (as of 9/30/20): "Investments"; $450,000.00</li></ul> |
| 52 | JES Special Opportunities Venture Fund LP | Ownership - Partial (or Whole) | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>JES Documents</li></ul> | <ul><li>Account, DDA: Pacific Western Bank xx9269</li><li>Account, unknown type: Western Alliance Bank (Bridge Bank) xx9262</li><li>Account, brokerage: TD Ameritrade xx5890</li></ul> |
| 53 | Revivify Dermatology LLC | Ownership - Partial | <ul><li>Campagna Chart</li><li>Campagna Documents</li><li>Campagna Spreadsheet</li><li>JES Documents</li></ul> | <ul><li>Account, checking: JPMorgan Chase xx8253</li></ul> |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 54 | Revivify, LLC | Ownership - Partial | • Campagna Chart<br>• Campagna Spreadsheet<br>• JES Documents | • Account, checking: Bank of America xx6241<br>• Account, checking: Bank of America xx6426<br>• Account, checking: JPMorgan Chase xx0150<br>• Account, DDA: Pacific Western Bank xx7651<br>• Business personal property (owner identified in source document as "Revivify LLC / Revivify Dermatology LLC"):<br>  o Hydrofacial machines (2) - $90,000<br>  o Salt machines (2) - $44,000<br>  o Medical chairs (9) - $27,000<br>  o TVs (6) - $4,800<br>  o Couches (5) - $10,000<br>  o Chairs (8) - $4,000 |
| 55 | TTM Mgt Company, LLC | Ownership - Partial | • Campagna Chart<br>• Campagna Documents<br>• JES Documents | [None identified to date] |
| 56 | Cane Holdings Group, LLC | Control - Smerling Named as Manager in Florida Secretary of State Records | • Corporate Records | [None identified to date] |
| 57 | Cane Investment Group, LLC | Control - Smerling Named as Managing Member in Florida Secretary of State Records | • Corporate Records | [None identified to date] |
| 58 | CRS, LLC | Control - Smerling Named as Managing Member in Florida Secretary of State Records | • Corporate Records | [None identified to date] |
| 59 | Cypress Realty Group, Inc. | Control - Smerling Named as Director in Florida Secretary of State Records | • Corporate Records | [None identified to date] |

| # | Entity Name | Smerling Ownership or Control | Ownership or Control Order of Proof | Assets |
|---|---|---|---|---|
| 60 | MFS Restructuring Co. LLC | Control - Smerling Named as Managing Member in Florida Secretary of State Records | • Corporate Records | [None identified to date] |
| 61 | Toastabags U.S.A. Inc. | Control - Smerling Named as Managing Member in Florida Secretary of State Records | • Corporate Records | [None identified to date] |