**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80815-CIV-CANNON**

**CITIZENS BANK, N.A.,**

   Plaintiff,

vs.

**JES GLOBAL CAPITAL II, L.P.;**
**JES GLOBAL CAPITAL GP II, LLC; and**
**ELLIOT S. SMERLING,**

   Defendants.

_____/

**FINAL JUDGMENT**

In accordance with this Court's Order Granting Plaintiff's Motion for Final Judgment [ECF No. 51] and Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of Plaintiff, Citizens Bank, N.A., whose principal place of business is One Citizens Plaza, Providence, Rhode Island 02903, and Citizens Bank, N.A. shall recover against and from Defendant, Elliot S. Smerling ("Smerling"),[1] whose last known primary residence was 11353 Manatee Terrace, Lake Worth, FL 33449, and as of the date hereof is incarcerated at Essex County Correctional Facility, 354 Doremus Avenue, Newark, NJ 07105 (Prisoner No. 217003735), the total amount of $55,420,228.92, including a principal balance of $54,599,930.00 and prejudgment interest thereon of $820,298.92 as of June 7, 2021, with per diem interest of $4,550 to accrue until the entry of this Final Judgment, plus post-judgment interest which shall accrue at the rate of .05%

---

[1] This Final Judgment solely concerns Defendant Elliot S. Smerling. Defendants JES Global Capital II, L.P. and JES Global Capital GP II, LLC have not, as of this date, appeared in this action. Defendant Smerling consents to the Judgment sought herein [ECF No. 44-1].

per annum, for which sum let execution issue. Each party shall bear their own attorney's fees. The parties waive any and all rights to appeal this Final Judgment.

This Court retains jurisdiction of this cause to make any and all further orders as the Court deems necessary and proper, including in connection with enforcement of the Final Judgment.

**DONE AND ORDERED** in Fort Pierce, Florida this 22nd day of June 2021.

                                          **AILEEN M. CANNON**
                                          **UNITED STATES DISTRICT JUDGE**

cc: counsel of record